Seventh Circuit denied. *Abram N. Pritzker* and *Stanford Clinton* for petitioner. *Solicitor General McGrath, William S. Tyson, Bessie Margolin, Morton Liftin* and *Joseph M. Stone* for respondent.

No. 1139. LANDRETH *v.* WABASH RAILROAD Co. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Royal W. Irwin* for petitioner. *Elmer W. Freytag* for respondent. *Lee Pressman* and *Frank Donner* filed a brief for the United Railroad Workers, as *amicus curiae,* in support of the petition.

No. 765. VAN HORN *v.* RAGEN, WARDEN. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 744. EVANS *v.* UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 808. BOUST *v.* UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.